| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:20CR00148-1 SNLJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* <br> 26-03006-01-CR-S-BCW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: <br><br> Don D. Gianesin <br> 15150 State Highway 39, Lot 4 <br> Stockton, MO 65785 | DISTRICT <br> Eastern District of Missouri | DIVISION <br> Southeastern Division <br> Cape Girardeau, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> The Honorable Stephen N. Limbaugh Jr. <br> Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: 11/05/2024    TO: 11/04/2026 |

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Defendant has established stable residence in receiving district.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

    January 16, 2026                        /s/ Stephen N. Limbaugh Jr. <br>
      *Date*                                               *Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    1/16/26                               /s/ Brian C. Wimes <br>
   *Effective Date*                             *Chief United States District Judge*